# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DAVID SHAY, individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:15-CV-1472-JRG |
| *Plaintiff*, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| BASS FISHING & RENTALS, LLC | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| *Defendant*. | § | |

## PLAINTIFF'S NOTICE OF FILING CONSENT

Plaintiff hereby submits the attached notice(s) of consent:

1. Adam H. Blancher;
2. Charles J. Brooks;
3. Jacob S. Marcinko;
4. Ashton J. Powell; and
5. John B. Truett.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: __/s/ Rex Burch__
 Richard J. (Rex) Burch
 Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

Michael A. Josephson  
Texas Bar No. 24014780  
Andrew W. Dunlap  
Texas Bar No. 24078444  
Lindsay R. Itkin  
Texas Bar No. 24068647  
Jessica M. Bresler  
Texas Bar No. 24090008  
**FIBICH, LEEBRON, COPELAND**  
**BRIGGS & JOSEPHSON**  
1150 Bissonnet  
Houston, Texas 77005  
(713) 751-0025 [Telephone]  
(713) 751-0030 [Fax]  
mjosephson@fibichlaw.com  
adunlap@fibichlaw.com  
litkin@fibichlaw.com  
jbresler@fibichlaw.com  

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

### CERTIFICATE OF SERVICE

On February 26, 2016, I served this document via the Court's ECF system.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch

DocuSign Envelope ID: 40415762-E2A4-4221-BC78-190FDE1BEA43

## CONSENT TO JOIN FORM – BASS FISHING & RENTALS, LLC

Print Full Legal Name: Adam H Blancher

1. I hereby consent to join the collective action lawsuit filed against Bass Fishing & Rentals, LLC, to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Marcos Shay and his chosen Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: /s/ [DocuSigned -- D56831B8043B4AC]   Date Signed: 2/22/2016

### RETURN THIS FORM BY MAIL, FAX, OR E-MAIL TO:

**Bass Overtime Case c/o Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
frontdesk@brucknerburch.com

**EXHIBIT 1**

DocuSign Envelope ID: 37EA13CD-8741-4D63-86DC-123D0C43B95A

## CONSENT TO JOIN FORM – BASS FISHING & RENTALS, LLC

Print Full Legal Name: Charles James Brooks

1. I hereby consent to join the collective action lawsuit filed against Bass Fishing & Rentals, LLC, to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Marcos Shay and his chosen Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: *Charles Brooks* (DocuSigned by: F8E57C8AAA5E48D...)

Date Signed: 2/22/2016

### RETURN THIS FORM BY MAIL, FAX, OR E-MAIL TO:

**Bass Overtime Case c/o Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
frontdesk@brucknerburch.com

**EXHIBIT 2**

## CONSENT TO JOIN FORM – BASS FISHING & RENTALS, LLC

Print Full Legal Name: Jacob Stevan Marcinko

1. I hereby consent to join the collective action lawsuit filed against Bass Fishing & Rentals, LLC, to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Marcos Shay and his chosen Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: _[DocuSigned signature]_  Date Signed: 2/23/2016

### RETURN THIS FORM BY MAIL, FAX, OR E-MAIL TO:

**Bass Overtime Case c/o Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
frontdesk@brucknerburch.com

**EXHIBIT 3**

DocuSign Envelope ID: AAB77F3D-827E-4597-949A-C73E4D79C080

## CONSENT TO JOIN FORM – BASS FISHING & RENTALS, LLC

Print Full Legal Name: Ashton James Powell

1. I hereby consent to join the collective action lawsuit filed against Bass Fishing & Rentals, LLC, to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Marcos Shay and his chosen Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: *Ashton J. Powell* (DocuSigned by: C57CFCDF2DA3478...)

Date Signed: 2/24/2016

### RETURN THIS FORM BY MAIL, FAX, OR E-MAIL TO:

**Bass Overtime Case c/o Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
frontdesk@brucknerburch.com

**EXHIBIT 4**

DocuSign Envelope ID: 5EE9D883-10E3-47BE-AC95-C5463AC18A55

## CONSENT TO JOIN FORM – BASS FISHING & RENTALS, LLC

Print Full Legal Name: John Bradley Truett

1. I hereby consent to join the collective action lawsuit filed against Bass Fishing & Rentals, LLC, to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Marcos Shay and his chosen Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: /s/ J. B. Truett (DocuSigned)  Date Signed: 2/23/2016

### RETURN THIS FORM BY MAIL, FAX, OR E-MAIL TO:

**Bass Overtime Case c/o Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
frontdesk@brucknerburch.com

**EXHIBIT 5**