# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DAVID SHAY, § | Docket No. 2:15-CV-1472-JRG |
| individually and on behalf of all others § | |
| similarly situated, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| BASS FISHING & RENTALS, LLC § | COLLECTIVE ACTION |
| § | PURSUANT TO 29 U.S.C. § 216(b) |
| *Defendant*. § | |

## PLAINTIFF'S NOTICE OF FILING CONSENT

Plaintiff hereby submits the attached notice(s) of consent:

1. Brandon T. Evans

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

AND

        Michael A. Josephson
        Texas Bar No. 24014780
        Andrew W. Dunlap
        Texas Bar No. 24078444
        Lindsay R. Itkin
        Texas Bar No. 24068647
        Jessica M. Bresler
        Texas Bar No. 24090008
        **FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
        1150 Bissonnet
        Houston, Texas 77005
        (713) 751-0025 [Telephone]
        (713) 751-0030 [Fax]
        mjosephson@fibichlaw.com
        adunlap@fibichlaw.com
        litkin@fibichlaw.com
        jbresler@fibichlaw.com

        **ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

    This filing does not seek an order from, nor require any action by, the Court.  Accordingly, no certificate of conference is required.

        **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

    On April 21, 2016, I served this document via the Court's ECF system.

        **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch

## CONSENT TO JOIN FORM – BASS FISHING & RENTALS, LLC

Print Full Legal Name: Brandon T Evans / *Brandon Tremell Evans*

1. I hereby consent to join the collective action lawsuit filed against Bass Fishing & Rentals, LLC, to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff Marcos Shay and his chosen Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

Signature: *[signed]*  Date Signed: 4-13-16

### RETURN THIS FORM BY MAIL, FAX, OR E-MAIL TO:

**Bass Overtime Case c/o Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Phone: 713-877-8788
Fax: 713-877-8065
frontdesk@brucknerburch.com

**EXHIBIT 1**