# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DAVID SHAY, et al., § | Docket No. 2:15-CV-1472-JRG |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| BASS FISHING & RENTALS, LLC § | |
| § | § 216(b) COLLECTIVE ACTION |
| *Defendant*. § | RULE 23 CLASS ACTION |

## PLAINTIFF'S PRE-TRIAL OBJECTIONS

Respectfully submitted,

**BRUCKNER BURCH PLLC**

Richard J. (Rex) Burch
State Bar No. 24001807
James A. Jones
State Bar No. 10908300
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
jjones@brucknerburch.com

Michael A. Josephson
State Bar No. 24014780
**Fibich, Leebron, Copeland,
Briggs & Josephson**
1150 Bissonnet
Houston, Texas 77005
713-751-0025 – Telephone
713-751-0030 – Facsimile
mjosephson@fibichlaw.com

**Attorneys in Charge for Plaintiff**

1.  **INTRODUCTION**

    Pursuant to this Court's Docket Control Order, Plaintiff submits the following Pre-Trial Objections.

2.  **DEFENDANT'S WITNESS LIST**

    Defendant's witness list contains the following individual as a "may call" witness:

    Louis Parrotta
    3344 Churchview Ave.
    Pittsburgh, PA 15227
    (412) 881 8000
    Mr. Parrotta may testify regarding Plaintiff's Shay's criminal records and his criminal conduct relevant to his credibility and ability to serve as a class representative.

    Not only was Mr. Parrotta not identified in Defendant's original Exhibit List served on Plaintiffs in October 2015, Mr. Parrotta has never been identified in discovery in this case at all and frankly, Plaintiffs have absolutely no idea who Mr. Parrotta is. Plaintiff requests that the Court preclude Mr. Parrotta from testifying in Defendant's case-in-chief and be precluded from testifying as a rebuttal witness without first obtaining a ruling from the Court that he is a proper rebuttal witness.

3.  **DEFENDANT'S EXHIBIT LIST.**

    Plaintiffs object to Exhibits 8–13 contained in Defendant's Exhibit List.

    > 8 Criminal records of David Shay - Bass[Shay] 876-878
    > 9 Criminal records of David Shay - Bass[Shay] 868-875
    > 10 Photo of truck - Bass[Shay] 879
    > 11 Photo of truck - Bass[Shay] 880
    > 12 Plaintiff's objections to interrogatories
    > 13 Plaintiff's objections to requests for production

    Exhibits 8 and 9 relate to Shay's supposed "criminal record." The issue regarding Shay's criminal charges (these documents relate to charges only, not convictions) has previously been resolved by this Court in granting Plaintiff's Motion in Limine on this issue. Thus, the Court should sustain Plaintiff's objection to these documents as both irrelevant and prejudicial and refuse to pre-admit these exhibits.

Exhibits 9 and 10 are selective photographs of two trucks apparently used by Defendant. First, these photographs were produced well beyond the discovery deadline. These photographs were produced to Plaintiffs' counsel on January 12, 2017, three and one-half months after the September 30, 2016 discovery cutoff.

Moreover, producing these selective photographs less than one month before trial is highly prejudicial. According to Defendant's 30(b)(6) representative testified that the bulk of Defendant's fleet of trucks have a GVWR of less than 10,000 pounds:

```
Crain, Timothy, (Pages 34:14 to 35:12)
                34
14   Q.  And there are trucks that weigh less than
15   10,000 pounds out in the field for Bass Fishing, right?
16      A.  Yes, sir.
17      Q.  What percentage of Bass Fishing's fleet weighs
18   more than 10,000 pounds?
19      A.  I do not know the answer to that.
20      Q.  Okay.  And so, then, you don't know the flip
21   side either.  You don't know how many -- what percentage
22   of them are less than 10,000 pounds?
23      A.  No, sir.
24      Q.  Do you have any feeling?  Like if you had to
25   guess, would you say the majority of them are more than
                35
1    10,000 or the majority of them are less than 10,000?
2            MR. SMITH:  Objection, calls for
3    speculation.
4       A.  I don't.  I don't really know the exact
5    percentages.
6       Q.  (BY MR. BURCH)  All right.  Do you -- do you --
7    But I'm -- I'm asking for more general, right?  I
8    understand you don't know, right?
9       A.  I believe that the bulk of our fleet is F-250s.
10      Q.  And you understand that F-250s are 10,000
11   pounds or less, right?
12      A.  Yes, sir.
```

Had Defendant produced these photographs timely, Plaintiffs could have then asked for photographs of the remainder of Defendant's truck fleet. That option is no longer available to Plaintiffs, so the untimely and selective production of these photographs would be highly prejudicial

3

to Plaintiffs if the Court allows Defendant to present evidence of it's after the fact claim that the Motor Carrier Act Exemption applies to the Plaintiffs.

Because their production is untimely, with no possible excuse for not producing such documents months ago, and is highly prejudicial, Plaintiffs request that the Court refuse to pre-admit Exhibits 9 and 10.

Exhibits 11 and 12 are Plaintiffs' Objections to Interrogatories and Requests for Production. Defendant's continued campaign to have this case determined by discovery disputes has absolutely no place before the jury. The jury in this case is not going to be asked to decide anything regarding discovery disputes. That is the exclusive province of this Court. Accordingly, Plaintiffs object to Exhibits 11 and 12 as irrelevant and request that the Court refuse to pre-admit these exhibits.

Dated: January 27, 2017                                    Respectfully submitted,

**BRUCKNER BURCH PLLC**

*/s/ James A. Jones*
_____
Richard J. (Rex) Burch
State Bar No. 24001807
James A. Jones
State Bar No. 10908300
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
jjones@brucknerburch.com

4

>Michael A. Josephson
>State Bar No. 24014780
>**Fibich, Leebron, Copeland,**
>**Briggs & Josephson**
>1150 Bissonnet
>Houston, Texas 77005
>713-751-0025 – Telephone
>713-751-0030 – Facsimile
>mjosephson@fibichlaw.com
>
>**Attorneys in Charge for Plaintiff**

## CERTIFICATE OF SERVICE

On January 27, 2017, I served a copy of this document on all counsel via the Court's ECF system.

>***/s/ James A. Jones***
>_____
>James A. Jones